AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
Nov 21, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>v.<br><br>Dr. Khursheed Haider<br><br>*Defendant(s)* | Case No. 2:23-mj-0152 AC |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 20, 2023__ in the county of __Placer__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2252(a)(4) – Possession of Child Pornography | |

This criminal complaint is based on these facts:

(see attachment)

☒ Continued on the attached sheet.

/s/ Scott Schofield
*Complainant's signature*

FBI Special Agent Scott Schofield
*Printed name and title*

Sworn to before me and signed telephoncially.

Date: November 21, 2023

*Judge's signature*

City and state: Sacramento, California

Allison Claire, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Scott A. H. Schofield, being first duly sworn, hereby depose and state as follows:

## I. INTRODUCTION AND PURPOSE FOR AFFIDAVIT

1. This Affidavit is made to support a Criminal Complaint and Arrest Warrant charging Dr. Khursheed HAIDER with Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4), on or about November 20, 2023.

2. The statements contained in this affidavit are based on my training and experience as a Special Agent in the Federal Bureau of Investigation (FBI), information I obtained, and information provided to be my other law enforcement and witnesses. Because this affidavit is being submitted for the limited purpose of securing a complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation and have set forth only the facts I believe are necessary to establish probable cause that HAIDER violated 18 U.S.C. § 2252(a)(4).

## II. AGENT BACKGROUND

3. I am a Special Agent with the FBI, and have been since 2004. I am currently assigned to the Violent Crimes Against Children Squad in the Sacramento Division. While employed by the FBI, I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography. I have received training in the area of identifying and investigating child pornography and child exploitation crimes, and as part of my duties have observed and reviewed countless examples of child pornography in all forms of media, including computer media. I have served temporary duty assignments in both the Philippines and Cambodia during which I assisted in numerous investigations of American citizens who traveled to these countries for the purpose of having sex with minors. In the course of my employment, I have participated in many search warrants in connection with child exploitation matters and other violations involving both physical locations like businesses and residences, as well as online accounts. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2251, 2252, 2423(b), (c), (f) and 2422(b), and I am authorized by the Attorney General to swear out criminal complaints and arrest suspects who have committed federal crimes.

///

### III. STATEMENT OF PROBABLE CAUSE

#### A. Background of Investigation[1]

4. The Honolulu Division of the FBI shared information about an investigation involving suspects trading files of child sexual abuse material (CSAM) with others using the Wire messaging app,[2] among other means of communication. A suspect was arrested in Honolulu (hereinafter HN), and agents obtained information from HN's Wire application. Agents also subsequently assumed HN's identity on the Wire application.

5. In September 2023, agents uncovered evidence between May and September 2023 that included a user, "kingg", posting, distributing, and/or requesting CSAM that included pre-pubescent boys and girls, bestiality, and BDSM (bondage, domination, sadism, and masochism).

6. By the end of September, agents linked "kingg" to an IP address assigned to the internet connection at HAIDER's home in Roseville, California. Agents also learned that "kingg" had used both an Apple device running Mac OS X (suggesting an Apple laptop or desktop computer) as well as an Apple iPhone to access the Wire application.

7. Following additional investigation and surveillance, on November 17, 2023, a search warrant was authorized by the Honorable Kendall Newman for HAIDER's home, cars, and person, for evidence of distribution and possession of child pornography. *See* 2:23-sw-1163 KJN.

#### B. The Search Warrant for HAIDER's Residence, Cars, and Person is Executed

8. On November 20, 2023, around 6:15 a.m., FBI agents and other law enforcement executed search warrant 2:23-sw-1163 KJN.

9. HAIDER left his residence at approximately 6:15 a.m. and drove to a local gas station. Agents followed and observed HAIDER filling his tires with air. Agents approached HAIDER, informed him of the search warrant, which included his home, his person, and his vehicles (including the one in which he had left the house). During initial contact with HAIDER, he stated that the phone located in his vehicle belonged to him. Agents searched the vehicle, a Mercedes Benz sedan bearing California license

---

[1] This is a brief summary of the information included in 2:23-sw-1163 KJN.

[2] Wire is an application that allows users to send text messages, make voice and video calls, and share files. It offers end-to-end encryption, can be accessed from smartphones and computers, and a user can log in using an email address or phone number and password.

plate 8HDJ769, and found three electronic devices: a blue Apple iPhone 12 Pro Max, serial number F2LFXNW60D46; an Apple Macbook Pro laptop computer; and a Lenovo laptop computer.

10. After returning to HAIDER's residence and safely clearing the residence, agents contacted HAIDER and his wife. HAIDER's wife confirmed that the blue iPhone 12 belonged to her husband. She knew the passcode to HAIDER's phone but said she did not use the phone herself. Agents used this passcode to unlock and conduct a limited forensic preview of the device.[3]

11. Agents observed that HAIDER's name was listed as the user of the device and his email address was on the user account associated with the phone. In addition, a screenshot was located that depicted a Google account login screen. The screenshot was dated in 2018 and the Google account display name was "king kingg" with an email address of kingkingg636@gmail.com.

12. I later conducted a limited review of the phone and found that the contact card for the owner of the phone listed HAIDER as the owner, with a phone number that matched the phone number HAIDER provided to law enforcement during the execution of the search warrant at his residence. In addition, I located many selfie-style photos of HAIDER in the Photos application on the phone, as well as a photo of HAIDER's California driver's license.

13. I also located several files depicting CSAM in the "Recents" folder within the Files application. I know through my background, training, experience, and conversations with other law enforcement that files found in the Recents folder are generally housed in a different folder on the phone, and that they also appear in the Recents folder because those files have recently been opened/viewed. I observed the following files in the Recents folder, which, according to the phone, were housed in the "On my phone/Downloads" folder:

   a) A color video file with filename "Kkkkk.mp4," approximately 45 seconds in length depicting a pre-pubescent boy lying on his back wearing a black shirt. An adult penis can be seen near the boy's anus. The boy masturbates his penis and then the man begins to rub the boy's penis. The man then inserts his finger into the boy's anus repeatedly. The date associated

---

[3] I know from my training and experience that the Apple iPhone is made with various parts that are made outside the State of California and is thus a facility of interstate or foreign commerce or affecting interstate or foreign commerce.

AFFIDAVIT 3

with this file is October 8, 2023.[4]

      b)      A color video file with filename "Kk.mp4," approximately 31 seconds in length depicting a pre-pubescent boy pulling down the pants of a pre-pubescent girl. The video pans to the girl's face and she can be seen performing oral sex on an adult penis. The camera pans back to her genital area and the pre-pubescent boy can be seen licking the girl's vagina. The date associated with this file is October 8, 2023.

## IV. CONCLUSION

14. Based on the foregoing, there is probable cause to believe that Dr. Khursheed HAIDER possessed child pornography, in violation of 18 U.S.C. § 2252(a)(4), on or about November 20, 2023. I respectfully request that a criminal complaint be issued against the defendant for the crime detailed above, and based upon this criminal complaint, an arrest warrant be issued for this defendant.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted,

/s/ Scott Schofield
Scott A. H. Schofield
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
telephonically on November __21__, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

_____
Approved as to form by AUSA ALEXS KLEIN

---

[4] In early November, an FBI online undercover employee (OCE) observed that user kingg had posted in a Wire group titled "cock size and sight." One post, dated October 30, 2023, contained a 45 second video with filename "Kkkkk," which appears identical to the file described in this paragraph.

AFFIDAVIT      4

**PENALTY SLIP: Criminal Complaint**
**United States v. Dr. Khursheed HAIDER**

**COUNT ONE:**

VIOLATION: 18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography

PENALTIES: Imprisonment of up to 20 years,
Fine of up to $250,000, or both
Term of Supervised Release at least 5 years and up to life
(18 U.S.C. 3583(k))
Forfeiture
Mandatory Restitution for Victims (18 U.S.C. §§ 2259 and 3663)

SPECIAL ASSESSMENT: $100 (Mandatory)

DISCRETIONARY SPECIAL ASSESSMENT: $17,000 (18 U.S.C. §2559A(a)(1))
And Registration as a sex offender.