Michel R. Huff, Esq. (SBN 269472)
Michael Pinkerton, Esq. (SBN 73446)
Huff Legal, PC
1423 Broadway, Ste 1025
Oakland, CA 94612
Ph. (510) 394-3278
Email: info@hufflegal.com

Attorney for DR. KHURSHEED HAIDER

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **DR. KHURSHEED HAIDER** <br><br> Defendant. | Case No. 2:23-cr-00299-TLN <br><br> **DEFENDANT'S OPPOSITION TO THE GOVERNMENT'S MOTION TO REVOKE RELEASE ORDER** |

### I. INTRODUCTION

On November 30, 2023, Magistrate Judge Allison Claire held a hearing during which she issued an Order authorizing the pretrial release of Defendant, Dr. Khursheed Haider from custody pending trial. The Magistrate did so after finding that the presumption against release had been overcome by carefully fashioning pretrial release conditions to ensure Dr. Haider's presence during the duration of these proceedings and adequately protect the public, as well as his minor children who reside in his household. The Order was stayed to allow time for the government to seek *de novo* review.

On December 1, 2023, the government filed a motion to revoke the prior Order of release issued by the Magistrate Judge. The same day, this Court set a

- 1 -

briefing schedule to assist the Court in considering the government's request and stayed the release Order.

The instant brief is filed pursuant to this Court's order.

## II.     SUMMARY OF ARGUMENT

Pretrial Services submitted an extensive detailed memorandum recommending that Dr. Haider be released upon certain specified conditions. The government attacks that recommendation on two grounds. First, that the conditions are insufficient to ensure the public's safety. Second, that Dr. Haider is a flight risk. Both assertions are gossamer-like, do not survive close examination, and should not be followed by this Court.

## III.    ARGUMENT

### A. Dr. Haider's Release Under Appropriate Conditions Poses No Threat to the Public's Safety or to the Minor Children Residing in His Residence.

The government puts forth a sweeping argument relating to public safety that essentially ignores or unrealistically dismisses the efficacy of the release conditions proposed by Pretrial Services. The prosecution simply asserts that public safety would be jeopardized if Dr. Haider is released, even if protective conditions are imposed. This semantic sleight of hand is understandable given the broad range of targeted conditions proffered by Pretrial Services and the Magistrate Judge as well as those presently available to this Court.

In particular, this Court directed the parties to provide:

> [E]vidence and argument regarding the Child
> Protective Services referenced in the Supplemental
> Pretrial Services report as to whether Defendant
> poses a threat to his children if he is released.

It should be noted at the outset that, although Dr. Haider prefers to be allowed to reside at home with his family, he has agreed to locate in a hotel or rental property if so ordered by this Court.

Turning to the supplemental report, it notes that the Placer County officials indicated to Dr. Haider's wife that he should be able to return to the family home to reside with the minor children. As the attached declaration of the wife, Dr. Shahla Ambeen, makes clear, the Placer County social worker made this assessment after she had interviewed Dr. Ambeen and all three minor children. No further information, either oral or written was available to counsel for Dr. Haider prior to the filing of this opposition.

As such, it is submitted that the weight of evidence favors release of Dr. Haider to live in the family residence with other appropriate conditions imposed.

**B. Dr. Haider Does Not Pose a Flight Risk if he is Released From Custody on Reasonable Conditions.**

The government asserts that Dr. Haider is a flight risk based upon his travel history and alleged "lack of candor" when he spoke with Pretrial Services. While it is true that he is a native of Pakistan (now a citizen of the United States), this assertion is based on a misunderstanding of the pertinent facts.

While it is true that Dr. Haider has traveled to and from destinations such as Dubai and Istanbul, they have been stops on the way to or from Pakistan where the bulk of his family resides. Dr. Haider maintains contact with his extended family, even though they reside in foreign countries. This is a positive character trait, not a negative one as the government implies.

Finally, the fact that Dr. Haider has offered to surrender his passports and post a substantial secured bond, extinguishes any legitimate concerns the government purports to have in this regard. Dr. Haider does not pose a flight risk.

## IV. CONCLUSION

Dr. Haider has convincingly rebutted the presumption that he should be detained at this time. In asking for detention, the government points to two factors: danger to others and risk of flight.

A careful analysis of both prongs of the argument within the factual context of this case reveals that the presumption has been rebutted, and it is respectfully submitted that this Court should order him released under reasonable conditions.

DATED: December 5, 2023

Respectfully submitted,

_____

**MICHEL R. HUFF, Esq.**
**MICHAEL PINKERTON, Esq.**
Attorney for DR. KHURSHEED HAIDER

Michel R. Huff, Esq. (SBN 269472)
Michael Pinkerton, Esq. (SBN 73446)
Huff Legal, PC
1423 Broadway, Ste 1025
Oakland, CA 94612
Ph. (510) 394-3278
Email: info@hufflegal.com

Attorney for DR. KHURSHEED HAIDER

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **DR. KHURSHEED HAIDER** <br><br> Defendant. | Case No. 2:23-cr-00299-TLN <br><br> **DECLARATION OF DR. SHAHLA AMBEEN, M.B.B.S.** |

Dr. Shahla Ambeen, M.B.B.S. declares under penalty of perjury that:

1) I am the wife of Khursheed Haider, M.D., the defendant in the above-captioned action.

2) I reside at ▮▮▮▮▮▮▮▮▮▮ Roseville, California, with my husband and four children.

3) On November 27, 2023, I returned to my residence from an errand and discovered a note from Talin Shamun Darbrudy, MSW, of the Placer County Health and Human Services (HHS).

4) I phoned the number on the note, spoke with Darbrudy who interviewed me regarding this case and my relationship with my husband. I also scheduled an interview with Darbrudy and our three minor children.

- 2 -

5) On November 29, 2023, I drove our children W▊▊▊▊ K▊▊▊▊▊▊▊ (14 yrs), H▊▊▊▊ K▊▊▊▊▊▊▊ (5 yrs) and A▊▊▊▊ K▊▊▊▊▊▊▊ (3 yrs), to the Rocklin office of the Placer County HHS at which time Darbrudy interviewed all three children.

6) After interviewing all three children Darbrudy orally told me that she was not concerned with the safety of the children should my husband be released to reside in our residence with me and them.

DATED: December 5, 2023

Respectfully submitted,



_____
**Dr. Shahla Ambeen, M.B.B.S.**

**PROOF OF SERVICE**

I, Bianca Piedra-Rojas, am citizen of the United States. I am over the age of 18 years and not a party to the within cause.

On December 5, 2023, I served the following document described below:

**DEFENDANT'S OPPOSITION TO THE GOVERNMENT'S MOTION TO REVOKE RELEASE ORDER; DECLARATION OF DR. SHAHLA AMBEEN, M.B.B.S.**

☐ **BY MAIL**: I am readily familiar with my employer's normal business practice of collection and processing of correspondence for mailing. Under that practice, correspondence is deposited with the U.S. Postal Service that same day in a sealed envelope(s) with postage therein fully prepaid at Oakland, California, in the ordinary course of business.

☐ **BY FAX**: I served said document(s) by transmitting via facsimile from facsimile number (510) 328-7690 to the facsimile number(s) set forth below, or as stated on the attached service list, on this date before 6:00 p.m. A statement that is document was successfully transmitted without error is hereby attached to the Proof of Service.

X **BY ELECTRONIC MAIL**: I served said document(s) by transmitting via electronic mail from bianca@hufflegal.com to the electronic mail address(es) set forth below, or as stated on the attached service list, on this date before 6:00 p.m.

☐ **BY PERSONAL SERVICE**: I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ **BY OVERNIGHT DELIVERY**: I caused such envelope(s) to be delivered on the same day to an authorized courier or driver or to a regular box or other facility regularly maintained by **UPS** with delivery fees provided for, addressed to the person(s) on whom it is to be served.

On the interested parties in this action addressed as follows:

United States Attorney's Office
ATTN: AUSA, Alexis Klein
501 I Street, Suite 10-100
Sacramento, CA 95814
Email: alexis.klein@usdoj.gov

X **STATE**: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 5, 2023, at Stockton, California.

*Bianca Piedra-Rojas*
Bianca Piedra-Rojas

Proof of Service

1