PHILLIP A. TALBERT
United States Attorney
ALEXIS KLEIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>KHURSHEED HAIDER,<br><br>                    Defendant. | CASE NO.  2:23-CR-299-TLN<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND REGARDING EXCLUDABL TIME PERIODS UNDER SPEEDY TRIAL ACT** |

Plaintiff United States of America, by and through its counsel of record, and defendant Khursheed Haider, by and through his counsel of record, hereby stipulate as follows:

1.     By previous order, a status conference was scheduled for May 16, 2024, and all time up to May 16, 2024, was deemed excluded from the Speedy Trial Act under Local Code T4.  ECF 32.

2.     On April 30, 2024, the Court informed the parties that it would be unavailable on May 16 for the hearing.  Accordingly, by this stipulation and proposed order, the parties now move to continue the status conference in this matter to **June 13, 2024, at 9:30 am**, with all time until that date excluded under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

        a)     The government has produced and made available for inspection voluminous discovery in this case, including evidence seized from several electronic devices.  Defense

**Stipulation and Order Continuing Status Conference**

counsel is still in the process of accessing and reviewing discovery and discussing the same with his client.

        b)      Defense counsel desires additional time to consult with his client, to conduct investigation and research related to the charges, to review and copy discovery for this matter, and to discuss potential resolutions with his client.

        c)      Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 16, 2024, to June 13, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

/ / /

**Stipulation and Order Continuing Status Conference**

Dated:  May 13, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ Alexis Klein
Alexis Klein
Assistant United States
Attorney

Dated:  May 13, 2024

/s/ Mark Reichel
Counsel for Defendant
Steven Daniel Miller

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 13th day of May, 2024.

Troy L. Nunley
United States District Judge

**Stipulation and Order Continuing Status
Conference**