MICHELE BECKWITH
Acting United States Attorney
ALEXIS KLEIN
JASON HITT
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>KHURSHEED HAIDER,<br><br>                    Defendant. | CASE NO. 2:23-CR-0299 DC<br><br>ASSOCIATION OF COUNSEL |

    Please associate Assistant United States Attorney Jason Hitt as co-counsel of record for the plaintiff in the above-referenced case, and also add that same Assistant United States Attorney to the service list of actions.

 Dated: February 13, 2025            MICHELE BECKWITH
                                     Acting United States Attorney

                                 By: */s/ Jason Hitt*
                                     JASON HITT
                                     Assistant United States Attorney

ASSOCIATION OF COUNSEL