MARK REICHEL, State Bar #155034
REICHELLAW PC
455 CAPITOL MALL, 8th FLOOR, Suite 802
Sacramento, California 95814
Telephone: (916) 498-9258

mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
KURSHEED HAIDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR-S-23-299 DC |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **DEFENSE STATUS MEMORANDUM** |
| v. | ) | |
| | ) | DATE: May 2, 2025 |
| | ) | TIME:  9:00 a.m. |
| | ) | Judge: Hon. DENA COGGINS. |
| KURSHEED HAIDER | ) | |
| | ) | |
| Defendants. | | |

Defendant has been offered a plea agreement by the United States which will be accepted. Defense counsel has been otherwise occupied on other cases and in extensive hearings and unable to get a signed plea agreement timely to the United States.  Dr. Haider is held at Taft, California, and that makes communication and execution of plea agreements slightly more difficult.

The matter will not proceed to trial.  There will not be pretrial litigation or motions.

Defense counsel will appear and ask for an appropriate date for change of plea.

STATUS MEMORANDUM

1  Dated: May 1, 2025
2                                  Respectfully submitted,
3                                  *Mark J. Reichel*
4                                  MARK J. REICHEL
                                   ATTORNEY FOR DEFENDANT

STATUS MEMORANDUM                           2