1  MICHELE BECKWITH
   Acting United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              2:23-CR-00299-DC

12                         Plaintiff,
                                          PRELIMINARY ORDER OF FORFEITURE
13                  v.

14  KHURSHEED HAIDER,

15                         Defendant.

16

17       Based upon the plea agreement entered into between plaintiff United States of America and

18  defendant Khursheed Haider, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

19       1.    Pursuant to 18 U.S.C. § 2253(a), defendant Khursheed Haider's interest in the following

20  property shall be condemned and forfeited to the United States of America, to be disposed of according

21  to law:

22            a.    iPhone 12 Pro Max, IMEI 357014748230984, Serial Number F2LFXNW60D46,
                    and

23            b.    Apple MacBook Pro laptop, Serial Number C02VT1E5HV2M.

24       2.    The above-listed property was used or intended to be used to commit and to promote the

25  commission of a violation of 18 U.S.C. § 2252(a)(2).

26       3.    Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to

27  seize the above-listed property.  The aforementioned property shall be seized and held by the U.S.

28  Marshals Service, in its secure custody and control.

                                          1

1    4.    a.    Pursuant to 18 U.S.C. § 2253(b), incorporated by 21 U.S.C. § 853(n), and Local

2    Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice

3    of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the

4    Attorney General may direct shall be posted for at least 30 consecutive days on the official internet

5    government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable,

6    provide direct written notice to any person known to have alleged an interest in the property that is the

7    subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

8          b.    This notice shall state that any person, other than the defendant, asserting a legal

9    interest in the above-listed property, must file a petition with the Court within sixty (60) days from the

10   first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or

11   within thirty (30) days from receipt of direct written notice, whichever is earlier.

12   5.    If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court

13   will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253(a), in which all interests will be

14   addressed.

15

16        IT IS SO ORDERED.

17   Dated:   __July 2, 2025__                                              _____
                                                                            Dena Coggins
18                                                                          United States District Judge

19

20

21

22

23

24

25

26

27

28

2

Preliminary Order of Forfeiture