REICHELLAW PC
MARK REICHEL, ATTORNEY AT LAW
State Bar #155034
455 CAPITOL MALL, SUITE 802
SACRAMENTO, CA  95814
916.548.7398
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
KHURSHEED HAIDER

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 23-CR-00299-DC |
| Plaintiff, | STIPULATION REGARDING MODIFICATION OF SENTENCING SCHEDULE; ORDER |
| vs. | |
| | Date: November 7, 2025 |
| | Time: 9:30 AM |
| KHURSHEED HAIDER | Court: Hon. DENA M. COGGINS |
| Defendant | |

**STIPULATION**

The parties hereby agree that the sentencing should be continued on the following grounds:

Dr. Haider is housed at Taft Facility, 280 miles south of Sacramento.  Defense counsel had hoped to have meaningful in person visits with Dr. Haider about sensitive matters connected to his sentencing concerning private mental and emotional health issues. That had proved difficult with the housing issues.

STIPULATION AND ORDER TO MODIFY SENTENCING DATE
1

Dr. Haider's brother is the verification witness for matters connected to Dr. Haider's mitigation arguments, and his brother resides in London. It has been difficult to arrange meaningful interaction with his brother in London.  Defense counsel has also been involved in other matters and has two complex trials set for the next 8 weeks which require his focus and resources. When contacting US Probation about re setting the schedule in this matter, US Probation advised that their workload is excessive at present, and it would benefit all parties for more time to prepare the reports in the matter considering Dr. Haider's request to be heard on certain mitigation information. It is upon these grounds that the parties hereby stipulate as follows:

| | |
|---|---|
| Judgment and sentencing date: | 11/07/2025 |
| Reply or statement of non-opposition: | 10/31/2025 |
| Motion for correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | 10/24/2025 |
| The Pre-Sentence Report shall be filed with the Court and disclosed to counsel no later than: | 10/17/2025 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 10/10/2025 |
| The Proposed Pre-Sentence Report shall be disclosed to counsel no later than: | 09/26/2025 |

STIPULATION AND ORDER TO MODIFY SENTENCING DATE

2

IT IS SO STIPULATED.

Dated: August 14, 2025

    ERIC GRANT
    United States Attorney

    */s/ Jason Hitt*
    Assistant United States Attorney

    */s/ MARK REICHEL*
    MARK REICHEL
Dated: August 14, 2025    Counsel for Defendant
    Khursheed Haider

**ORDER**

The court, having received, read and considered the parties' stipulation, and good cause appearing therefrom, GRANTS the parties' request to continue sentencing and modify the related presentence briefing. Accordingly, the Sentencing Hearing scheduled for September 26, 2025, is VACATED and RESET for November 7, 2025, at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: the draft Report shall be disclosed to counsel no later than September 26, 2025; the parties' informal objections shall be delivered to the Probation Officer no later than October 10, 2025; the final Report shall be submitted no later than October 17, 2025; Formal Objections or any Motion for Correction shall be submitted no later than October 24, 2025; and Reply, or Statement of Non-Opposition shall be submitted no later than October 31, 2025.

IT IS SO ORDERED.

Dated:   **August 14, 2025**   _____
Dena Coggins
United States District Judge