**MARK REICHEL, State Bar #155034**
**REICHELLAW PC**
455 Capitol Mall, Suite 802
Sacramento, Ca 95814
Telephone: 916.548.7398
Facsimile: 888.505.9331
Email: mark@reichellaw.com

Attorney for Defendant
KHURSHEED HAIDER

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>KHURSHEED HAIDER<br><br>  Defendant | Case No. 2:23-cr-0299 DC<br><br>STIPULATION REGARDING MODIFICATION OF SENTENCING SCHEDULE; ORDER<br><br>Date:  December 19, 2025<br>Time:  9:30 a.m.<br>Court: Hon. Judge Dena M. Coggins |

### STIPULATION

The parties have agreed to continue the date for sentencing to December 19, 2025. Defendant Haider is incarcerated at Taft Facility, and a zoom interview for his report was conducted on October 9th. His counsel was in a 3 week trial, ending September 23rd and a zoom interview could not be accomplished until October 9th. Based thereon, the parties hereby stipulate to a continuance of the Judgement and Sentencing date and scheduling dates as follow:

Judgment and Sentencing Date:                                December 19, 2025

Reply, or Statement of Non-Opposition:                   December 11, 2025

| | |
|---|---|
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | December 5, 2025 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | November 26, 2025 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | November 19, 2025 |
| The draft Presentence Report shall be disclosed to the counsel no later than: | November 7, 2025 |

All parties request that the Court issue an Order consistent with this stipulation. The probation department concurs with these dates and this request.

IT IS SO STIPULATED.

Dated: 10/10/2025        Eric Grant
                         United States Attorney

                         */s/JASON HITT*
                         JASON HITT
                         Assistant United States Attorney

Dated: 10/10/2025        REICHELLAW PC

                         */s/ MARK REICHEL*
                         MARK REICHEL
                         Counsel for Defendant
                         KHURSHEED HAIDER

**ORDER**

The court, having received, read and considered the parties' stipulation filed on October 16, 2025, and good cause appearing therefrom, GRANTS the parties' request to continue and adjust the related briefing schedule. Accordingly, the Sentencing Hearing scheduled for November 7, 2025, is VACATED and RESET for December 19, 2025, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: the draft Report shall be disclosed to counsel no later than November 7, 2025; the parties' informal objections shall be delivered to the Probation Officer no later than November 19, 2025; the final Report shall be submitted no later than November 26, 2025; Formal Objections or any Motion for Correction shall be submitted no later than December 5, 2025; and Reply, or Statement of Non-Opposition shall be submitted no later than December 11, 2025.

IT IS SO ORDERED.

Dated:   **October 23, 2025**                              _____
                                                           Dena Coggins
                                                           United States District Judge