ERIC GRANT
United States Attorney
JASON HITT
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:23-CR-00299-DC |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| KHURSHEED HAIDER, | |
| Defendant. | |

On or about July 3, 2025, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253(a), based upon the plea agreement entered into between plaintiff and defendant Khursheed Haider forfeiting to the United States the following property:

      a.    iPhone 12 Pro Max, IMEI 357014748230984, Serial Number F2LFXNW60D46, and

      b.    Apple MacBook Pro laptop, Serial Number C02VT1E5HV2M.

Beginning on July 24, 2025, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the

1

Final Order of Forfeiture

time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.      A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), including all right, title, and interest of Khursheed Haider.

2.      All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.      The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **March 4, 2026**

Dena Coggins
United States District Judge

2

Final Order of Forfeiture