**MARK REICHEL, State Bar #155034**
**REICHELLAW PC**
455 Capitol Mall, Suite 802
Sacramento, CA  95814
Telephone: 916.548.7398
Facsimile: 888.505.9331
Email: mark@reichellaw.com

Attorney for Defendant
KHURSHEED HAIDER

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KHURSHEED HAIDER,<br><br>Defendant | ) Case No. 2:23-CR-0299-DC<br>)<br>) STIPULATION REGARDING NEW DATE<br>) FOR RESTITION HEARING<br>)<br>) DATE: APRIL 3, 2026<br>) TIME: 9:30 AM<br>) COURT: Hon. DENA COGGINS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION

The parties have agreed to continue the date for restitution to April 3, 2026, so that the parties may meet and confer and exchange statements and evidence and possibly resolve the matter.

All parties request the Court issue an Order re setting this matter to April 3, 2026, at 9:30 a.m.

*Stipulation & Order to Reset Restitution Hearing*
*1*

IT IS SO STIPULATED.


Dated: March 19, 2026                         Eric Grant
                                              United States Attorney


                                              /s/JASON HITT
                                              JASON HITT
                                              Assistant United States Attorney

Dated: March 19, 2026                         REICHELLAW PC


                                              /s/ MARK REICHEL
                                              MARK REICHEL
                                              Counsel for Defendant
                                              Khursheed Haider

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on March 19, 2026 (Doc. No. 81), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Restitution Hearing scheduled for March 20, 2026, is VACATED and RESET for April 3, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

IT IS SO ORDERED.

Dated:    **March 19, 2026**

_____
Dena Coggins
United States District Judge

*Stipulation & Order to Reset Restitution Hearing*
*3*