**REICHEL LAW PC**
**MARK REICHEL**
 **State Bar #155034**
455 Capitol Mall, Suite 802
Sacramento, CA  95814
Telephone: 916.548.7398
Facsimile: 888.505.9331
Email: mark@reichellaw.com

Attorney for Defendant
KHURSHEED HAIDER

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:23-CR-0299-DC |
| | ) |
| Plaintiff, | ) STIPULATION REGARDING NEW DATE |
| | ) FOR RESTITUTION HEARING |
| vs. | ) |
| | ) DATE: June 5, 2026 |
| | ) TIME: 9:30 a.m. |
| | ) COURT: Hon. Judge Dena M. Coggins |
| KHURSHEED HAIDER, | ) |
| | ) |
| Defendant | ) |
| | ) |
| | ) |

### STIPULATION

The parties have agreed to continue the date for restitution to June 5, 2026, for the following reasons:

1. Mr. Haider has written to counsel and the Court as well, expressing his desire to be present for the hearing. Mr. Haider expressed his desire in his 2 letters to attend the hearing in person and apparently terminate his current counsel, who is retained. Mr. Haider is housed on the east coast, and it is difficult for counsel to communicate with him. So far it has been through written communication.

2. Mr. Haider waived his right to be present for the restitution hearing when he was on the record at his sentencing hearing.

3. Defense counsel is unavailable in the month of May with out-of-the-country travel.

The continuance is requested to address all these issues. Specifically:

*Stipulation & Order to Continue Rest Hearing*
*1*

a) to determine whether Mr. Haider has the right to be present after waiving the issue;

b) whether he will have new or appointed counsel;

c) and to allow him to review the spreadsheet on restitution requested that has been provided by the government this week;

All these reasons support the continuance.

| Dated: 04/01/2026 | Eric Grant<br>United States Attorney<br><br>*/s/JASON HITT*<br>JASON HITT<br>Assistant United States Attorney |
|---|---|
| Dated: 04/01/2026 | */s/MARK REICHEL*<br>MARK REICHEL<br>Counsel for Defendant<br>KHURSHEED HAIDER |

**ORDER**

IT IS HEREBY ORDERED  the court, having received, read and considered the parties' stipulation filed on April 1, 2026 (Doc. No. 83), and good cause appearing therefrom, APPROVES the parties' stipulation.  Accordingly, the Restitution Hearing set for April 8, 2026, is VACATED and RESET for June 5, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

IT IS SO ORDERED.

Dated:    **April 7, 2026**

Dena Coggins
United States District Judge