**REICHEL LAW PC**
**MARK REICHEL, State Bar #155034**
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: 916.548.7398
Facsimile: 888.505.9331
Email: mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
KHURSHEED HAIDER

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 23-CR-00299 DC |
| Plaintiff, | ) STIPULATION TO RESET RESTITUTION HEARING |
| vs. | ) |
| | ) Date: June 5, 2026 |
| | ) Time: 9:30 |
| KHURSHEED HAIDER, | ) HON. DENA M. COGGINS, |
| Defendant | ) UNITED STATES DISTRICT JUDGE |

STIPULATION FOR RE SETTING OF HEARING DATE.

Mr. Haider is in the custody of the BOP serving a lengthy sentence. To be personally present for his restitution hearing, the US Marshal's and BOP would need to bring him to the Eastern District. He has advised current defense counsel that he has been fired or terminated and is not representing him. This was done over the telephone. The Federal Defender's Office has also been notified by Mr. Haider over the telephone that he desires appointed counsel.

*Stip to re set Rest Hearing*

Current defense counsel will attempt to facilitate that issue forthwith.

It is therefore appropriate under the circumstances to re set the matter out to July 31, 2026.   The Court should find that the interests of justice and the interests of the defendant and the United States merits good cause to extend the time for the hearing on restitution.

It is so stipulated

Dated: 06/02/2026                          Eric Grant
                                           United States Attorney


                                           */s/JASON HITT*
                                           JASON HITT
                                           Assistant United States Attorney


                                           REICHEL LAW PC

Dated: 06/02/2026


                                           */s/ MARK REICHEL*
                                           MARK REICHEL
                                           Counsel for Defendant
                                           KHURSHEED HAIDER

# ORDER

IT IS HEREBY ORDERED the court, having received, read and considered the parties' stipulation filed on June 2, 2026 (Doc. No. 89), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Restitution Hearing set for June 5, 2026 is VACATED and RESET for July 31, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

IT IS SO ORDERED.

Dated:    **June 4, 2026**

_____
Dena Coggins
United States District Judge