**REICHEL LAW PC**
**MARK REICHEL, ATTORNEY AT LAW**
**State Bar #155034**
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: 916.548.7398
Facsimile: 888.505.9331
Email: mark@reichellaw.com

Attorney for Defendant
KHURSHEED HAIDER

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>KHURSHEED HAIDER,<br>Defendant | Case No. 2:23-CR-00299-DC<br><br>STIPULATION TO RE SET RESTITUTION HEARING; ORDER<br><br>DATE: AUGUST 28, 2026<br>TIME: 9:30 AM<br>COURT: HON. DENA M. COGGINS, UNITED STATES DISTRICT JUDGE |

**STIPULATION FOR RE SETTING OF HEARING DATE**

Mr. Haider is in custody of the BOP in Oxford, Wisconsin, serving a lengthy sentence. To be personally present for his restitution hearing, the US Marshal's and BOP would need to bring him to the Eastern District. He has advised current defense counsel that he has been fired or terminated and is no longer representing him. Current defense counsel has provided Mr. Haider with all the necessary paperwork to notify the Court of his desire to have an attorney appointed through the Federal Defenders Office, as well as the Federal Financial Affidavit (form CJA 23). It is therefore appropriate under the circumstances to reset the matter out to August 28, 2026. The Court should find that the interests of justice and interests of the defendant and the United States merits good cause to extend the time for the hearing on restitution.

IT IS SO STIPULATED.

Dated: July 24, 2026

Eric Grant
United States Attorney

/s/JASON HITT
JASON HITT
Assistant United States Attorney

Dated: July 24, 2026

REICHELLAW PC

/s/ MARK REICHEL
MARK REICHEL
Counsel for Defendant
Khursheed Haider

**ORDER**

IT IS HEREBY ORDERED the court, having received, read and considered the parties' stipulation filed on July 25, 0226 (Doc. No. 91), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Restitution Hearing set for July 31, 2026 is VACATED and RESET for August 28, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

IT IS SO ORDERED.

Dated: **July 28, 2026**

Dena Coggins
United States District Judge