**REICHEL LAW PC**
**MARK REICHEL, State Bar #155034**
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: 916.548.7398
Facsimile: 888.505.9331
Email: mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
KHURSHEED HAIDER

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br><br>KHURSHEED HAIDER,<br>Defendant | Case No. 23-CR-00299 DC<br><br>STIPULATION AND ORDER TO RE-SET RESTITUTION HEARING<br><br>Date: August 28, 2026<br>Time: 9:30<br>HON. DENA M. COGGINS,<br>UNITED STATES DISTRICT JUDGE |

STIPULATION FOR RE SETTING OF HEARING DATE.

Mr. Haider is in the custody of the BOP serving a lengthy sentence. To be personally present for his restitution hearing, or a hearing on the status of counsel, the US Marshal's and BOP would need to bring him to the Eastern District. He has advised current defense counsel that he has been fired or terminated and is not representing him. This was done over the telephone. The Federal Defender's Office has also been notified by Mr. Haider over the telephone that he desires appointed counsel.

Current defense counsel has attempted to facilitate that issue and has sent the appropriate paperwork for the defendant to provide to the Court. That paperwork has not been provided to the Court or to the Federal Defender's Office.

It is therefore appropriate under the circumstances to re set the matter from August 28, 2026 to October 23, 2026 at 9:30 am for the status of counsel. The Court should find that the interests of justice and the interests of the defendant and the United States merits good cause to extend the time for the hearing on restitution.

It is so stipulated

Dated: 08/27/2026

Eric Grant
United States Attorney

*/s/JASON HITT*
JASON HITT
Assistant United States Attorney

REICHEL LAW PC

Dated: 08/27/2026

*/s/ MARK REICHEL*
MARK REICHEL
Counsel for Defendant
KHURSHEED HAIDER

**ORDER**

Based on the agreement and stipulation of the parties, the August 28, 2026 restitution hearing in this matter is continued to October 23, 2026, at 9:30 a.m. A status of counsel hearing is set on the same date.

IT IS SO ORDERED.

Dated: **August 27, 2026**

Dena Coggins
United States District Judge