**MARK REICHEL, State Bar #155034**
**REICHELLAW PC**
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: 916.548.7398
Facsimile: 888.505.9331
Email: mark@reichellaw.com

Attorney for Defendant
KHURSHEED HAIDER

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>KHURSHEED HAIDER,<br>Defendant | Case No. 2:23-CR-0299-DC<br><br>STIPULATION & ORDER TO RE-SET HEARING FOR RESTITUTION AND STATUS OF COUNSEL<br><br>DATE: JANUARY 22, 2027<br>TIME: 9:30 AM<br>COURT: Hon. DENA COGGINS |

**STIPULATION**

Mr. Haider is in custody of the BOP serving a lengthy sentence. To be personally present for his restitution hearing, or a hearing on the status of counsel, the U.S. Marshal's and BOP would need to bring him to the Eastern District. This process could take up to 2 months. Mr. Haider has advised current defense counsel that he has been terminated and is not representing him via phone call. The Federal Defender's Office has also been notified by Mr. Haider over the telephone that he desires to have appointed counsel.

Current defense counsel has attempted to facilitate that issue and has sent the appropriate paperwork for the defendant to provide to the Court. That paperwork has not been provided to the Court or to the Federal Defender's Office.

It is therefore appropriate under the circumstances to reset the matter out to January 22, 2027 for the status of counsel. The Court should find that the interests of justice and the interests of the defendant and the United States merits good cause to extend the time for the hearing on restitution.

All parties request the Court issue an Order re setting this matter to January 22, 2027 at 9:30 a.m.

IT IS SO STIPULATED.

Dated: October 21, 2026

Eric Grant
United States Attorney

/s/JASON HITT
JASON HITT
Assistant United States Attorney

Dated: October 21, 2026

REICHELLAW PC

/s/ MARK REICHEL
MARK REICHEL
Counsel for Defendant
Khursheed Haider

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on October 21, 2026 (Doc. No. 95), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status of Counsel Hearing and the Restitution Hearing scheduled for October 23, 2026, are VACATED and RESET for January 22, 2027, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

IT IS FURTHER ORDERED, the Defendant shall be present for the proceedings now set for January 22, 2027. To facilitate the Defendant's appearance, the Assistant United States Attorney shall complete an Attorney Special Request ("ASR") form and submit the completed form to the U.S. Marshals Service **no later than 12:00 PM (Noon) on October 30, 2026**. In the alternative, the parties may propose a different method for producing the Defendant by submitting a stipulation and proposed order by October 26, 2026.

IT IS SO ORDERED.

Dated: **October 22, 2026**

Dena Coggins
United States District Judge